

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00243-CV

ESTATE OF GORDON L. KELSEN, DECEASED

On Appeal from the County Court
Parker County, Texas
Trial Court No. 20P324

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Joint Motion to Dismiss With Prejudice Pursuant to Settlement." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2)(A), 43.2(f).

As the parties have agreed, each party shall bear its own incurred costs related to the appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: March 10, 2022